UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                                          **CONSENT TO PROCEED BY VIDEO OR**
                                                                   **TELE CONFERENCE**

                           -against-

Riccardi, et al                                                    **20 MJ 7281**

                                          Defendant(s).
-----------------------------------------------------------------X

Defendant  Vanessa Battle   hereby voluntarily consents to participate in the following
proceeding via X videoconferencing or X teleconferencing:

X        Initial Appearance Before a Judicial Officer

___      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

___      Bail/Detention Hearing

___      Conference Before a Judicial Officer - Assignment of Counsel

_/S/ Vanessa Battle (by                                   _Joseph a Vita_____
Defendant's Signature            permission) Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

VANESSA  BATTLE                                     JOSEPH  A  VITA
Print Defendant's Name                             Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

7/20/20
Date                                               U.S. District Judge/U.S. Magistrate Judge